**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNET SOLIS, MICHAEL ORTEGA, ADVANCED WEIGHT LOSS SURGICAL ASSOCIATION, and MINIMALLY INVASIVE SURGICAL ASSOCIATION,<br><br>Plaintiffs<br><br>vs.<br><br>T-MOBILE USA, INC., UNITED HEALTHCARE SERVICES, INC., and DOES 1-10<br><br>Defendants. | CASE NO.: 2:23-cv-04024<br><br>JUDGMENT |

Judgment is entered for Defendants T-Mobile USA, Inc. and United Healthcare Services and against Plaintiffs Jannet Solis, Michael Ortega, Advanced Weight Loss Surgical Association, and Minimally Invasive Surgical Association, pursuant to the Court's order dated March 14, 2024.

DATE:   March 14, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE